[No. 23893-4-II.    Division Two.    March 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL BASSETT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-00531-8, Terry D. Sebring, J., entered September 17, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Morgan, J.

[No. 24070-0-II.    Division Two.    March 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW JAMES LEMON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 98-8-00417-5, David Hatch, J. Pro Tem., J., entered November 12, 1998. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, C.J., and Seinfeld, J.

[No. 24224-9-II.    Division Two.    March 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST L. BRAZZEL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-02245-2, Brian M. Tollefson, J., entered December 17, 1998. *Reversed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Seinfeld, J.

[No. 24280-0-II.    Division Two.    March 31, 2000.]

*In the Matter of the Detention of* JOHN H. MATHERS, *Appellant*, and THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-07023-3, Grant L. Anderson, J., entered November 24, 1998. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, C.J., and Morgan, J. Now published at 100 Wn. App. 336.